3/2



# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
Nevada State Bar Number 13644
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>MARCUS MAGEE,<br>             Defendant. | **SEALED**<br>**CRIMINAL INDICTMENT**<br><br>Case No.: 2:20-CR- 312<br><br><u>**VIOLATIONS:**</u><br><br>18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm<br><br><u>FORFEITURE ALLEGATION</u> |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Felon in Possession of a Firearm*
(18 U.S.C. §§ 922(g)(1) and 924(a)(2))

On or about August 24, 2020 in the State and Federal District of Nevada,

**MARCUS MAGEE,**

the defendant herein, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: Possession of Cocaine Base for Sale, in the Superior Court of California in Los Angeles County, California, on or about January 12, 2009, in case number YA071824; Possession of a Firearm by Felon, in the Superior Court of California

1

in Los Angeles County, California, on or about March 11, 2015, in case number TA136690; Injuring a Spouse, Cohabitant, Fiancé, Boyfriend, Girlfriend, or Child's Parent, in the Superior Court of California in Los Angeles, California, on or about April 27, 2016, in case number SA092528; Possession of Firearm by Felon, in the Superior Court of California in Los Angeles County, California, on or about September 28, 2016, in case number TA141087; and Possession of Firearm by Felon, in the Superior Court of California in Los Angeles County, California, on or about November 26, 2018, in case number TA147503, did knowingly possess a firearm, to wit: a Ruger LCP II .380 handgun, bearing serial number 380575282, said possession being in and affecting interstate commerce and said firearm having been shipped and transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
Felon in Possession of a Firearm

1. The allegations of Count One of this Criminal Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of the felony offense charged in Count One of this Criminal Indictment,

**MARCUS MAGEE,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition

/ / /

/ / /

/ / /

/ / /

/ / /

2

involved in or used in any knowing violation of 18 U.S.C. § 922(g)(1):

1. Ruger LCP II .380 handgun, bearing serial number 380575282; and

2. any and all ammunition.

All pursuant to 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

DATED: this 17th day of November, 2020.

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

NICHOLAS TRUTANICH
United States Attorney

MELANEE SMITH
Assistant United States Attorney

3