RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Marcus Magee

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00312-GMN-MDC |
| Plaintiff, | **STIPULATION TO CONTINUE MOTION DEADLINES AND TRIAL DATES** |
| v. | (Fourth Request) |
| MARCUS MAGEE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Tina Marie Snellings, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Marcus Magee, that the calendar call currently scheduled for April 29, 2025, and the trial scheduled for May 5, 2025, be vacated and set to a date and time convenient to this Court, but no sooner than forty-five (45) days.

IT IS FURTHER STIPULATED AND AGREED, that the parties herein shall have to and including March 7, 2025, to file any and all pretrial motions and notices of defense.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 21, 2025, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including March 28, 2025, to file any and all replies to dispositive motions.

The Stipulation is entered into for the following reasons:

1.      Defense counsel has requested additional discovery from the government and the government is in the process of satisfying that request.

2.      Upon receipt of the additional discovery, defense counsel will require additional time to review the discovery, conduct independent investigation, and determine whether there are any pretrial issues to be litigated.

3.      Defendant is out of custody and does not oppose the continuance.

4.      The parties agree to the continuance.

5.      The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

This is the fourth stipulation to continue filed herein.

DATED this 16th day of January, 2025.

RENE L. VALLADARES
Federal Public Defender

JASON M. FRIERSON
United States Attorney

By /s/ Joy Chen
JOY CHEN
Assistant Federal Public Defender

By /s/ Tina Marie Snellings
TINA MARIE SNELLINGS
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00312-GMN-MDC |
| Plaintiff, | |
| v. | FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |
| MARCUS MAGEE, | |
| Defendant. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     Defense counsel has requested additional discovery from the government and the government is in the process of satisfying that request.

2.     Upon receipt of the additional discovery, defense counsel will require additional time to review the discovery, conduct independent investigation, and determine whether there are any pretrial issues to be litigated.

3.     Defendant is out of custody and does not oppose the continuance.

4.     The parties agree to the continuance.

5.     The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

6.     Additionally, denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

3

States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i), (iv).

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when the considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including March 7, 2025 to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including March 21, 2025 to file any and all responses.

IT IS FURTHER ORDERED that the parties shall have to and including March 28, 2025 to file any and all replies.

IT IS FURTHER ORDERED that trial briefs, proposed voir dire questions, proposed jury instructions, and a list of the Government's prospective witnesses must be electronically submitted to the Court by the _19th_ day of _____ June _____, 2025.

IT IS FURTHER ORDERED that the calendar call currently scheduled for April 29, 2025, at the hour of 9:00 a.m., be vacated and continued to __June 24, 2025__ at the hour of 9:00 a.m.; and the trial currently scheduled for May 5, 2025, at the hour of 8:30 a.m., be vacated and continued to __June 30, 2025__ at the hour of 8:30 a.m.

DATED this __16__ day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE

5