SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar Number 5634
TINA SNELLINGS
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tina.Snellings@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS MAGEE,<br><br>Defendant. | Case No.:  2:20-cr-00312-GMN-MDC<br><br>**GOVERNMENT'S MOTION TO DISMISS CRIMINAL INDICTMENT PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)** |

COMES NOW the United States of America, by and through Sue Fahami, Acting United States Attorney, and Tina Snellings, Assistant United States Attorney, and respectfully seeks leave of court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Criminal Indictment filed on November 17, 2020 (ECF No. 1) as to defendant Marcus Magee in the interests of justice.

DATED this 23rd day of January 2025.

Respectfully Submitted,

SUE FAHAMI
Acting United States Attorney

  /s/ *Tina Snellings*
TINA SNELLINGS
Assistant United States Attorney

1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

MARCUS MAGEE,

        Defendant.

Case No.:  2:20-cr-00312-GMN-MDC

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against defendant Marcus Magee.

SUE FAHAMI
Acting United States Attorney

By____/s/ *Tina Snellings*____
TINA SNELLINGS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated:  January _____, 2025.

_____
HONORABLE GLORIA M. NAVARRO
United States District Judge

1