# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

          Plaintiff,

          vs.

MARCUS MAGEE,

          Defendant.

Case No.: 2:20-cr-00312-GMN-MDC

**ORDER OF DISMISSAL**

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the indictment against defendant Marcus Magee.

SUE FAHAMI
Acting United States Attorney

By___/s/ *Tina Snellings*___
TINA SNELLINGS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Leave of Court is granted for the filing of the above dismissal.

Dated: January __24__, 2025.

_____
HONORABLE GLORIA M. NAVARRO
United States District Judge

1